UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED FINANCIAL CASUALTY COMPANY**                                        **PLAINTIFF**

V.                                              4:22CV00234 JM

**CLARK AUTO RECOVERY & TOWING LLC, et al,**                      **DEFENDANTS**

### ORDER

Plaintiff's Motion for Default Judgment is before the Court.

Rule 55 of the Federal Rules of Civil Procedure contemplates a two-step process for the entry of default judgments. First, pursuant to Rule 55(a), the party seeking a default judgment must have the Clerk enter a default by submitting the required proof that the opposing party has failed to plead or otherwise defend. Second, pursuant to Fed. R. Civ. P. 55(b), the moving party may seek entry of judgment on the default under either subdivision (b)(1) or (b)(2) of the rule. *See Dahl v. Kanawha Inv. Holding Co.,* 161 F.R.D. 673, 683 (N.D. Iowa 1995).

"Entry of default under Rule 55(a) must precede grant of a default judgment under Rule 55(b)." *See Johnson v. Dayton Elec. Mfg. Co.*, 140 F.3d 781, 783 (8th Cir. 1998); *see also Hagen v. Sisseton-Wahpeton Community College,* 205 F.3d 1040, 1042 (8th Cir. 2000) (citing *Johnson* for this requirement). In this case, there has been no motion for default. Thus, the Plaintiff's motion must be denied.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Default Judgment (ECF No. 49) is DENIED.

IT IS SO ORDERED this 25th day of July, 2022.

_____
James M. Moody Jr.
United States District Judge