IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED FINANCIAL CASUALTY COMPANY**                              **PLAINTIFF**

V.                                        **4:22CV00234 JM**

**CLARK AUTO RECOVERY & TOWING, LLC**
**aka CLARK AUTO RECOVERY and/or TONYA**
**CLARK AUTO RECOVERY, et. al,**                                         **DEFENDANTS**

## DEFAULT JUDGMENT

Pending is Plaintiff United Financial Casualty Company's ("UFCC") Motion for Default Judgment against Defendants Clark Auto Recovery & Towing a/k/a Clark Auto Recovery and/or Tonya Clark Auto Recovery, Tonya Clark, TC Towing & Recovery, LLC, Timothy Clark, Jr., Tresa L. Johnson, Jason Hewett, Mia S. Jefferies, Rojshawn Oneil Fletcher, Wendy M. Perceful, Martha E. Shaw, and Shalonda A. Williams (the "Defaulting Defendants"). A Clerk's Default having previously been entered against all Defaulting Defendants (ECF No. 69-78). It appears that the Motion for Default Judgment against the Defaulting Defendants (ECF No. 80) is well taken and should be GRANTED. Default judgment is entered against the Defaulting Defendants as follows:

The Defaulting Defendants admit that UFCC owes no duty to defend or indemnify them under the Clark Auto Recovery Policy or the Clark Towing Policy as a result of the August 10, 2020 accident. The Defaulting Defendants admit that UFCC owes no coverages under the Clark Auto Recovery Policy or the Clark Towing Policy as a result of the August 10, 2020 accident.

IT IS SO ORDERED this 14th day of March, 2023.

_____
James M. Moody Jr
United States District Judge