IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED FINANCIAL CASUALTY COMPANY**          **PLAINTIFF**

V.                        **4:22CV00234 JM**

**CLARK AUTO RECOVERY & TOWING, LLC**
**aka CLARK AUTO RECOVERY and/or TONYA**
**CLARK AUTO RECOVERY, et. al,**          **DEFENDANTS**

## JUDGMENT

Based upon the Order entered today, judgment is entered in favor of Plaintiff and against Defendants G&W Diesel Service Incorporated and Carco Carriage Corporation. Plaintiff voluntarily dismissed without prejudice Defendants Peggy Clark and Clark Towing and Auto Recovery. Plaintiff voluntarily dismissed with prejudice Defendants Cherise Washington, Individually and as mother and next of kin of Brandi Collins, deceased, and James R. Pennington.[1]

IT IS SO ORDERED this 5th day of April, 2023.

_____
James M. Moody Jr.
United States District Judge

---

[1] Default judgment was entered against Defendants Clark Auto Recovery & Towing a/k/a Clark Auto Recovery and/or Tonya Clark Auto Recovery, Tonya Clark, TC Towing & Recovery, LLC, Timothy Clark, Jr., Tresa L. Johnson, Jason Hewett, Mia S. Jefferies, Rojshawn Oneil Fletcher, Wendy M. Perceful, Martha E. Shaw, and Shalonda A. Williams on March 14, 2023.